[No. 16061–3–I. Division One. August 11, 1986.]

*In the Matter of the Marriage of* RICHARD F. ROSS, SR., *Respondent, and* SUSIE L. ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–3–01375–7, Arthur E. Piehler, J., entered February 8, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 8008–7–II. Division Two. August 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY SANDERS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–01756–6, William L. Brown, Jr., J., entered July 2, 1984. *Reversed* by unpublished opinion per Alexander, J., concurred in by Petrich, J., Worswick, C.J., dissenting.

[No. 7327–1–III. Division Three. August 12, 1986.]

*In the Matter of the Personal Restraint of* HARLAN JAMES EARL, *Petitioner.*

Petition for relief from personal restraint. *Dismissed in part* and *remanded with instructions* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.